05-14-01230-CR

Hello Ms Lisa Matz,

I am writing you on my behalf, because I was curious about if I am on chain or not. I also know that you are a very busy women at what you do, However, I only ask that you can help me.

We as well as my family were Just curious of the fact that me being off of appeal would have put me on chain to go to TDCJ. I Dont wish to interupt you on Something as simple, because you are more than proffesional at your work than most, So to question your line of work would be inappropriate because a women of ability is a great power.

Thank you for your time, and have a nice day...

P.S. If you believe,
then you'll recieve.

RECEIVED
Court of Appeals
MAY 11 2015
Lisa Matz
Clerk, 5th District

Quincy Reed
North Tower 3W3
P.O. Box 660 334
Dallas TX, 75266

75202866631

Lisa Matz
400 Commerce Street Suit 200
Dallas TX, 75202

FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES
02 1R
000 2010665        $ 00.48⁰
                    MAY 07 2015
MAILED FROM ZIPCODE 75202